IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHARLES MARVIN GOODE,**

    Plaintiff,

v.                                                                                         Civil Action No. **3:21CV75**

**LYNDA FAULKNER,** *et al.,*

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 20, 2021, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to pay the $402.00 filing fee within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have elapsed since the entry of the April 20, 2021 Memorandum Order and Plaintiff failed to pay the required fee. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

                                                    /s/
                                  John A. Gibney, Jr.
                                  United States District Judge

Date: <u>2 June 2021</u>
Richmond, Virginia